IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:07CR240 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| LUCAS E. DEMLING, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 65);

2. Upon initial review, the Court summarily dismisses the Defendant's claims raised in the § 2255 motion; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 7th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge